THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BRAVENDER, Appellant.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.